UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LARA<br><br>**Plaintiff,**<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC, et al.**<br><br>**Defendants.** | CASE NO. 2:21-CV-00162<br><br>ORDER |

Pursuant to the stipulation of the parties and good cause having bee shown, Plaintiff David Lara's claims against Equifax Information Services LLC, Trans Union, LLC and Comenity Capital Bank, and this entire action, are hereby DISMISSED with prejudice, with each party bearing its own attorney's fees, costs and expenses incurred herein. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: March 21, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1
ORDER ON STIPULATION TO DISMISS